**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

HARRY T.,

                Plaintiff,                25 **CIVIL** 695 (GRJ)

-v-                        <u>**JUDGMENT**</u>

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 27, 2025, Plaintiff's request for judgment on the pleadings is GRANTED; the Commissioner's request for judgment on the pleadings is DENIED; and this case is REMANDED for further administrative proceedings consistent with the Decision and Order; accordingly, the case is closed.

**Dated:**  New York, New York

      August 28, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                    **BY:**      *K. Mango*

                                                         **Deputy Clerk**